DISMISS; Opinion filed October 9, 2012



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

No. 05-12-01064-CV

ARTHUR MORRISON, Appellant

V.

CLORIS LARK, Appellee

On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-11-02058-D

# MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Lang-Miers
Opinion By Chief Justice Wright

By letter dated August 13, 2012, the Court questioned its jurisdiction over the appeal. Specifically, it appears the notice of appeal is untimely. We requested that appellant file a jurisdictional brief within twenty days explaining how this Court has jurisdiction. As of today's date, appellant has not filed a jurisdictional brief.

A notice of appeal is due thirty days after the trial court's judgment is signed. *See* TEX. R. APP. P. 26.1. The time to file a notice of appeal is extended to ninety days after the judgment is signed if a party files a post-judgment motion that extends the appellate timetables. *See* TEX. R. APP. P. 26.1(a)(1) - (4). Without a timely filed notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b).

In the docketing statement, appellant states that he is appealing the trial court's May 16, 2011 order dismissing his case. We note that appellant filed a bill of review on October 17, 2011. The bill of review proceeding was not docketed as a separate proceeding and there is no indication that the trial court ruled on the bill of review.

The only order before this Court is the May 16, 2011 order of dismissal. Appellant filed his notice of appeal on July 30, 2012. Because the notice of appeal was filed more than one year after the date the order was signed, this Court lacks jurisdiction. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

_____
CAROLYN WRIGHT
CHIEF JUSTICE

121064F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ARTHUR MORRISON, Appellant

No. 05-12-01064-CV      V.

CLORIS LARK, Appellee

Appeal from the County Court at Law No. 4 of Dallas County, Texas. (Tr.Ct.No. CC-11-02058-D).
Opinion delivered by Chief Justice Wright, Justices Francis and Lang-Miers, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Cloris Lark, recover her costs of the appeal from appellant, Arthur Morrison.

Judgment entered October 9, 2012.

_____
CAROLYN WRIGHT
CHIEF JUSTICE